Michael G. Atkins, WSBA #26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983
*mike@atkinsip.com*

Attorneys for Doctor Danielle LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DOCTOR DANIELLE LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARYRUTH ORGANICS, LLC, a California limited liability company,<br><br>Defendant.<br>_____<br>MRO MARYRUTH, LLC,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>DOCTOR DANIELLE LLC,<br><br>Counterclaim Defendant. | No. 2:22-CV-00006-SAB<br><br>DOCTOR DANIELLE LLC'S ANSWER TO MRO MARYRUTH, LLC'S COUNTERCLAIMS<br><br>JURY DEMAND |

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 1

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

Counterclaim Defendant Doctor Danielle LLC ("Doctor Danielle") answers Counterclaim Plaintiff MRO MaryRuth, LLC's ("MRO MaryRuth") Counterclaims (Dkt. #7) ("Counterclaims") as follows:

## **PRELIMINARY STATEMENT**

1. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 1 of MRO MaryRuth's Counterclaims and, therefore, denies same.

2. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 2 of MRO MaryRuth's Counterclaims and, therefore, denies same.

3. The first sentence of Paragraph 3 of MRO MaryRuth's Counterclaims consists entirely of a statement of law to which no response is required. Answering the second sentence, Doctor Danielle admits that in 2021 it changed its logo. Doctor Danielle denies the remaining allegations.

4. Answering the allegations set forth in Paragraph 4 of the Counterclaims, Doctor Danielle admits it received a cease-and-desist letter from MaryRuth Organics, LLC; it believed that an unjustified lawsuit was imminent; and on that basis it filed the instant lawsuit. Doctor Danielle denies the remaining allegations.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 2

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

## PARTIES

5. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 5 of MRO MaryRuth's Counterclaims and, therefore, denies same.

6. Doctor Danielle admits the allegations set forth in Paragraph 6 of MRO MaryRuth's Counterclaims.

## JURISDICTION AND VENUE

7. The first sentence of Paragraph 7 of MRO MaryRuth's Counterclaims consists entirely of a statement of law to which no response is required. Doctor Danielle admits the remaining allegations.

8. Doctor Danielle admits the allegations set forth in Paragraph 8 of MRO MaryRuth's Counterclaims.

9. Doctor Danielle admits the allegations set forth in Paragraph 9 of MRO MaryRuth's Counterclaims.

10. Doctor Danielle admits the allegations set forth in Paragraph 10 of MRO MaryRuth's Counterclaims.

## FACTUAL BACKGROUND

11. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 11 of MRO MaryRuth's Counterclaims and, therefore, denies same.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 3

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

12. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 12 of MRO MaryRuth's Counterclaims and, therefore, denies same.

13. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 13 of MRO MaryRuth's Counterclaims and, therefore, denies same.

14. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 14 of MRO MaryRuth's Counterclaims and, therefore, denies same.

15. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 15 of MRO MaryRuth's Counterclaims and, therefore, denies same.

16. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 16 of MRO MaryRuth's Counterclaims and, therefore, denies same.

17. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 17 of MRO MaryRuth's Counterclaims and, therefore, denies same.

18. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 18 of MRO MaryRuth's Counterclaims and, therefore, denies same.

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

19. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 19 of MRO MaryRuth's Counterclaims and, therefore, denies same.

20. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 20 of MRO MaryRuth's Counterclaims and, therefore, denies same.

21. Doctor Danielle admits the allegations set forth in Paragraph 21 of MRO MaryRuth's Counterclaims and, therefore, denies same.

22. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 22 of MRO MaryRuth's Counterclaims and, therefore, denies same.

23. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 23 of MRO MaryRuth's Counterclaims and, therefore, denies same.

24. The allegations set forth in Paragraph 24 of MRO MaryRuth's Counterclaims consist entirely of a naming convention to which no response is required.

25. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 25 of MRO MaryRuth's Counterclaims and, therefore, denies same.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 5

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

26. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 26 of MRO MaryRuth's Counterclaims and, therefore, denies same.

27. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 27 of MRO MaryRuth's Counterclaims and, therefore, denies same.

28. Doctor Danielle admits the allegations set forth in Paragraph 28 of MRO MaryRuth's Counterclaims.

29. Doctor Danielle admits the allegations set forth in the first sentence of Paragraph 29 of MRO MaryRuth's Counterclaims. Answering the remaining allegations, Doctor Danielle states that the included image depicts one of Doctor Danielle's product labels and that its product labels and products speak for themselves. Doctor Danielle denies the remaining allegations.

30. Doctor Danielle admits the allegations set forth in the first sentence of Paragraph 30 of MRO MaryRuth's Counterclaims. Answering the remaining allegations, Doctor Danielle states that it changed its logo. It denies the remaining allegations.

31. Answering the allegations set forth in Paragraph 31 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that it does not have a federal trademark registration for its new logo and that it has not applied for one. Doctor Danielle denies the remaining allegations.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 6

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

32. Doctor Danielle denies the allegations set forth in the first sentence of Paragraph 32 of MRO MaryRuth's Counterclaims. Answering the remaining allegations, Doctor Danielle states that its new logo speaks for itself, and is shown in the included images. It denies the remaining allegations.

33. Doctor Danielle admits the allegations set forth in the first sentence of Paragraph 33 of MRO MaryRuth's Counterclaims. Answering the remaining allegations, Doctor Danielle states that its website speaks for itself, and a portion is shown in the included image. It denies the remaining allegations.

34. The allegations set forth in Paragraph 34 of MRO MaryRuth's Counterclaims consist entirely of a naming convention to which no response is required.

35. Answering the allegations set forth in Paragraph 35 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that the included chart shows Doctor Danielle's new and old logos and a portion of some of its products. Doctor Danielle denies the remaining allegations.

36. Answering the allegations set forth in Paragraph 36 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that the included images depict a small portion of Doctor Danielle's website. Doctor Danielle denies the remaining allegations.

37. Answering the allegations set forth in Paragraph 37 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that it owns, manages, operates, or promotes a commercial website accessible at *https://drdanielle.com/*.

The remaining allegations consist of conclusions of law to which no answer is required. If a response is required, Doctor Danielle denies the allegations.

38. Answering the allegations set forth in Paragraph 38 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that since rebranding in October 2021, it has used its website to make sales of products bearing its new logo and trade dress to consumers in the United States. Doctor Danielle denies the remaining allegations.

39. Answering the allegations set forth in Paragraph 39 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that it sells products bearing its new logo and trade dress on Amazon.com and other online retailers. Doctor Danielle denies the remaining allegations.

40. Answering the allegations set forth in Paragraph 40 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that MaryRuth's did not license or authorize Doctor Danielle to display its new logo or trade dress, and that no license or authorization was required. Doctor Danielle denies the remaining allegations.

41. Doctor Danielle denies the allegations set forth in Paragraph 41 of MRO MaryRuth's Counterclaims.

42. Answering the allegations set forth in Paragraph 42 of MRO MaryRuth's Counterclaims, Doctor Danielle admits that it received a cease-and-desist letter from MaryRuth Organics, LLC, which speaks for itself. Doctor Danielle denies the remaining allegations.

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

43. Answering the allegations set forth in Paragraph 43 of MRO MaryRuth's Counterclaims, Doctor Danielle states that its Complaint speaks for itself. Doctor Danielle denies the remaining allegations.

44. Doctor Danielle denies the allegations set forth in Paragraph 44 of MRO MaryRuth's Counterclaims.

## CAUSES OF ACTION

## COUNT I

## TRADEMARK INFRINGEMENT IN

## VIOLATION OF 15 U.S.C. § 1114(a)

45. Doctor Danielle repeats and re-alleges the allegations set forth above.

46. The allegations set forth in Paragraph 46 of MRO MaryRuth's Counterclaims consist entirely of a statement of law to which no response is required. If a response is required, Doctor Danielle denies the allegations.

47. Doctor Danielle denies the allegations set forth in Paragraph 47 of MRO MaryRuth's Counterclaims.

## COUNT II

## TRADE DRESS INFRINGEMENT IN

## VIOLATION OF 15 U.S.C. § 1125(a)

48. Doctor Danielle repeats and re-alleges the allegations set forth above.

49. Answering the allegations set forth in the first sentence of Paragraph 49 of MRO MaryRuth's Counterclaims, Doctor Danielle states that the allegations consist entirely of a statement of law to which no response is required. If a

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 9

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

response is required, Doctor Danielle denies the allegations. Doctor Danielle denies the remaining allegations.

50. Doctor Danielle is without knowledge of the truth or falsity of the allegations set forth in Paragraph 50 of MRO MaryRuth's Counterclaims and, therefore, denies same.

51. Doctor Danielle denies the allegations set forth in Paragraph 51 of MRO MaryRuth's Counterclaims.

52. Doctor Danielle denies the allegations set forth in Paragraph 52 of MRO MaryRuth's Counterclaims.

53. Doctor Danielle denies the allegations set forth in Paragraph 53 of MRO MaryRuth's Counterclaims.

54. Doctor Danielle denies the allegations set forth in Paragraph 54 of MRO MaryRuth's Counterclaims.

## COUNT III

## COMMON LAW TRADEMARK INFRINGEMENT

55. Doctor Danielle repeats and re-alleges the allegations set forth above.

56. The allegations set forth in Paragraph 56 of MRO MaryRuth's Counterclaims consist entirely of a statement of law to which no response is required. If a response is required, Doctor Danielle denies the allegations.

57. Doctor Danielle denies the allegations set forth in Paragraph 57 of MRO MaryRuth's Counterclaims.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 10

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

# COUNT IV

## COMMON LAW TRADE DRESS INFRINGEMENT

58. Doctor Danielle repeats and re-alleges the allegations set forth above.

59. The allegations set forth in Paragraph 59 of MRO MaryRuth's Counterclaims consist entirely of a statement of law to which no response is required. If a response is required, Doctor Danielle denies the allegations.

60. Doctor Danielle denies the allegations set forth in Paragraph 60 of MRO MaryRuth's Counterclaims.

# COUNT V

## UNFAIR COMPETITION IN VIOLATION OF

## RCW §§ 19.86.020 and 19.86.090, *et seq*.

61. Doctor Danielle repeats and re-alleges the allegations set forth above.

62. The allegations set forth in Paragraph 62 of MRO MaryRuth's Counterclaims consist entirely of a statement of law to which no response is required. If a response is required, Doctor Danielle denies the allegations.

63. Answering the allegations set forth in the first sentence of Paragraph 63 of MRO MaryRuth's Counterclaims, Doctor Danielle states that the allegations consist entirely of a statement of law to which no response is required. If a response is required, Doctor Danielle denies the allegations. Doctor Danielle denies the remaining allegations.

64. Doctor Danielle denies the allegations set forth in Paragraph 64 of MRO MaryRuth's Counterclaims.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 11

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

65. Doctor Danielle denies the allegations set forth in Paragraph 65 of MRO MaryRuth's Counterclaims.

## **AFFIRMATIVE DEFENSES**

1. MRO MaryRuth's Counterclaims fail to state a claim upon which relief can be granted.

2. MRO MaryRuth's Counterclaims are barred by laches.

## **JURY DEMAND**

Doctor Danielle respectfully demands a trial by jury on all claims and defenses stated herein.

## **PRAYER FOR RELIEF**

WHEREFORE, Doctor Danielle prays for judgment against MRO MaryRuth:

1. Dismissing MRO MaryRuth's Counterclaims in their entireties with prejudice;

2. Denying all relief that MRO MaryRuth seeks in its Counterclaims; and

3. Awarding Doctor Danielle its reasonable attorney's fees and costs.

4. Awarding Doctor Danielle such other and further relief as the Court deems just and proper.

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 12

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

DATED this 9th day of February, 2022.

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983
*mike@atkinsip.com*

Doctor Danielle LLC

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 13

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

By /s/ Michael G. Atkins
Michael G. Atkins

DOCTOR DANIELLE LLC'S ANSWER
TO COUNTERCLAIMS -- 14

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983