FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOCTOR DANIELLE LLC, a Washington limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARYRUTH ORGANICS, LLC, a California limited liability company,<br><br>　　　　Defendant. | No. 2:22-CV-00006-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE DEFENDANT** |

　　　Before the Court is the parties' Stipulated Motion to Substitute Parties, ECF No. 19. The parties request the Court dismiss MaryRuth Organics, LLC, the currently named defendant in the case, and instead substitute MRO MaryRuth, LLC as the defendant. Pursuant to the joint wishes of the parties, the Court finds good cause to grant the motion.

//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE DEFENDANT # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Substitute Parties, ECF No. 19, is **GRANTED**.

2. The District Court Clerk shall **substitute** MRO MaryRuth, LLC as the defendant in this case and **dismiss** MaryRuth Organics, LLC.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 14th day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE DEFENDANT # 2**