FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOCTOR DANIELLE LLC, a Washington limited liability company, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MRO MARYRUTH LLC, a California limited liability company, <br><br> Defendant/Counter-Claimant. | No. 2:22-CV-00006-SAB <br><br> **ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 28. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 28, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of August 2022.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**